No. 1304. DIGGS *v.* WELCH, SUPERINTENDENT. June 18, 1945. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied.

No. 1311. DUNBAR *v.* UNITED STATES. June 18, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Floyd Dunbar, pro se. Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Mr. Robert S. Erdahl* and *Miss Beatrice Rosenberg* for the United States.

No. 1340. WOODWARD *v.* RAGEN, WARDEN. June 18, 1945. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 1341. THUNDER *v.* HUNTER, WARDEN. June 18, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied.

No. 1353. DE MARCOS *v.* OVERHOLSER, SUPERINTENDENT. June 18, 1945. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. Wm. E. Leahy, Nicholas J. Chase* and *James F. Reilly* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Mr. Robert S. Erdahl* and *Miss Beatrice Rosenberg* for respondent.

No. 1356. BONHAM *v.* RAGEN, WARDEN. June 18, 1945. Petition for writ of certiorari to the Supreme Court of Illinois denied.